APPLEGATE vs CHICAGO, R. I. & P. RY. CO.

Opinion delivered September 19, 1896.

Petition by D. Applegate for mandamus to C. B. Kilgore, J., to sign bill of exceptions in the case of petitioner against the Chicago, Rock Island & Pacific Railway Company. Denied.

*H. B. Lockett*, for petitioner.

*J. E. Dolman*, for respondent.

SPRINGER, C. J.   The facts in this case are substa
tially the same as the facts in case No. 64, Insurance Co.
Kearney, 1 Ind. Ter. 328; and, for the reasons given in th
opinion in that case, the petition for an alternative writ
mandamus is refused.

LEWIS, J., concurs.